UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

       CASE NO.: 6:24-cv-78-JA-DCI

    Plaintiff,

vs.

INSITE ORLANDO TWO, LLC
a Foreign Limited Liability Company
d/b/a HOLIDAY INN AND SUITES ACROSS FROM UNIVERSAL

    Defendant(s).

_____/

## **<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, INSITE ORLANDO TWO, LLC, a Foreign Limited Liability Company, d/b/a HOLIDAY INN AND SUITES ACROSS FROM UNIVERSAL.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email:** mcniff@sconzolawoffice.com
**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459