# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.

INSITE ORLANDO TWO, LLC,

    Defendant.

Case No. 6:24-cv-78-JA-DCI

---

## ORDER

In light of the Notice of Voluntary Dismissal Without Prejudice (Doc. 9) filed by Plaintiff, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 13, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party